STATE OF   NEW YORK
DOCUMENTS SERVED WITH INDEX#: 07CIV6714

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
AND FILED ON          7/26/2007

| | | |
|---|---|---|
| VEANKA MCKENZIE | Vs. | Plaintiff(s)/Petitioner(s) |
| KUMIKI GIBSON, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                                    )
                                                                                    )   SS
COUNTY OF WESTCHESTER                                       )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and
resides in the State of New York .  On_____7/31/2007_____ at _____1:45PM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       KUMIKI GIBSON, COMMISIONER                                     (herein called recipient)
At Location:        NEW YORK STATE DIVISION OF HUMAN RIGHTS                         therein  named.
                    ONE FORDHAM PLAZA
                    BRONX NY

By delivering to and leaving with   SIAKA PAASEWE _____ a person of suitable age and discretion.
Said premises is recipient's  [✓] actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 8/1/07 _____, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 30 | Height | 5'9" | Weight | 175 |
| Other Features | | | | MOUSTACHE.BEARD | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the   8/1/2007

_____                    _____
                                                     Joseph Vallone

                                                     Server's License#:   1100190

200

DOCUMENTS SERVED WITH INDEX # 07-civ-6714    AND FILED ON

ATTORNEY(S) Lovett & Gould, Esqs. , Ann Frank, Lgl Asst.

---

*Veanka McKenzie,*
*vs*
*Kumiki Gibson, Individually et al*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF NEW YORK: COUNTY OF  ALBANY        , SS.:

_____ Christopher Warner _____ , being duly sworn deposes and says deponent is not a party herein,

is over the age of eighteen years and resides in the State of New York. That on     July 30, 2007     at    2:45 pm   M

at _____ NYS Justice Bldg., Albany, NY _____ deponent (did, did not) serve the within

Summons, Complaint, Judge's rules and    Electronic Filing rules

on: _____ The State of New York _____ ,   Defendant   (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☒   A   xxxxxx   corporation, by delivering thereat a true copy of each to _____ Cristal Gazelone _____ personally; deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ Authorized Agent _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☐   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐   By affixing a true copy of each to the door of said premises, which is recipient's  [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☐   On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** ☐   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:

[ ] Unknown at Address  [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** ☒   A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex  Female  Color of skin  White  Color of hair  Brown  Approx.Age  21 - 35 Yrs.  Approx.Height  5' 4" - 5' 8"  Approx. weight  161 - 200 Lbs  Other _____

**#8 WIT. FEES** ☐   $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

_31st_ day of   July, 2007

_____
FAITH COZZY
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01CO6158874
Commission Expires January 8, 2011

_____
Christopher Warner

Invoice-Work Order # 0716058

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

STATE OF   NEW YORK                              UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV6714              AND FILED ON          7/26/2007

| | | |
|---|---|---|
| VEANKA MCKENZIE | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| KUMIKI GIBSON, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                                      )
                                                                                                        )     SS
COUNTY OF WESTCHESTER                                                          )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and
resides in the State of New York .  On_____7/31/2007_____ at _____1:45PM_____, deponent did
serve the within process as follows:
Process Served:

Party Served:        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
                           NEW YORK STATE DIVISION OF HUMAN RIGHTS                              (herein called recipient)
At Location:                                                                                                              therein  named.
                           ONE FORDHAM PLAZA

                           BRONX NY

By delivering to and leaving with  STAKA PAASEWE_____ and that deponent knew the person

so served to be the    KEYBOARD SPECIALIST

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex│ M        Color of Skin│ BLACK          Color of Hair │ BLACK

Age│ 30          Height│ 5'9"

Weight│ 175                  Other Features  MOUSTACHE,BEARD

Sworn to before me on            8/1/2007
_____                    _____
                                                                                      Joseph Vallone
                                                                                      Server's License#:    1100190

2010