STATE OF NEW YORK             UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV6714       AND FILED ON        7/26/2007

VEANKA MCKENZIE                                                              Plaintiff(s)/Petitioner(s)

                              Vs.

KUMIKI GIBSON, ET AL                                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK             )
                               ) SS
COUNTY OF WESTCHESTER          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/31/2007__ at __1:45PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:   KUMIKI GIBSON, COMMISIONER                                   (herein called recipient)
At Location:    NEW YORK STATE DIVISION OF HUMAN RIGHTS                      therein named.
                ONE FORDHAM PLAZA
                BRONX NY

By delivering to and leaving with __SIAKA PAASEWE__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __8/1/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
| Age | 30 | Height | 5'9" | Weight | 175 |
| Other Features | | | | MOUSTACHE BEARD | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __8/1/2007__

_Pip Williams_ (signature)          _Joseph Vallone_ (signature)

                                    Server's License#: 1100190

20/p

STATE OF NEW YORK: SOUTHERN DIST. COUNTY U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 07-civ-6714   AND FILED ON
ATTORNEY(S) Lovett & Gould, Esqs., Ann Frank, Lgl Asst.

*Veanka McKenzie*     Plaintiff(s)/Petitioner(s)

vs

*Kumiki Gibson, Individually et al*     Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

__Christopher Warner__, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on __July 30, 2007__ at __2:45 pm__ M at __NYS Justice Bldg., Albany, NY__ deponent (did, did-not) serve the within Summons, Complaint, Judge's rules and Electronic Filing rules

on: __The State of New York__, Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☒ A __xxxxxx__ corporation, by delivering thereat a true copy of each to __Cristal Gazelone__ personally; deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __Authorized Agent__ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☐ On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other

**#7 DESCRIPTION** ☒ (use with #1, 2 or 3) A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex __Female__ Color of skin __White__ Color of hair __Brown__ Approx.Age __21 - 35 Yrs.__ Approx.Height __5' 4" - 5' 8"__ Approx. weight __161 - 200 Lbs__ Other _____

**#8 WIT. FEES** ☐ $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
__31st__ day of __July, 2007__

FAITH COZZY
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01CO6158874
Commission Expires January 8, 2011

Christopher Warner

Invoice•Work Order # 0716058

**ALEXANDER, POOLE & CO., INC.** • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV6714    AND FILED ON    7/26/2007

VEANKA MCKENZIE

Vs.    Plaintiff(s)/Petitioner(s)

KUMIKI GIBSON, ET AL.

Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/31/2007 at 1:45PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
NEW YORK STATE DIVISION OF HUMAN RIGHTS    (herein called recipient) therein named.
At Location: ONE FORDHAM PLAZA
BRONX NY

By delivering to and leaving with STAKA PAASEWE and that deponent knew the person so served to be the KEYBOARD SPECIALIST of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M    Color of Skin: BLACK    Color of Hair: BLACK
Age: 30    Height: 5'9"
Weight: 175    Other Features: MOUSTACHE, BEARD

Sworn to before me on 8/1/2007

Joseph Vallone
Server's License#: 1100190

2010