```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
VEANKA MCKENZIE,                                    :

                               Plaintiff,           :           07 Civ. 6714 (WHP)

          -against-                                 :           ORDER FOR INITIAL
                                                                PRETRIAL CONFERENCE
KUMIKI GIBSON, et al.,                              :

                                                    :
                               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

          This action has been assigned to District Judge William H. Pauley III for all

purposes.  Counsel are directed to appear in Courtroom 11D at the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York on October 12, 2007 at 12:30

p.m. for an initial pretrial conference with the Court for the purpose of discussing settlement,

exploring contemplated motions, stipulating facts, narrowing issues, fixing a discovery schedule,

and setting a date for trial.  If you are proceeding pro se (without an attorney), you are required

to appear personally at this conference.

          Counsel are further directed to confer with each other prior to the conference

regarding all of the subjects to be considered pursuant to Rule 26(f) of the Federal Rules of Civil

Procedure and to file a written report outlining their discovery plan pursuant to that Rule.  The

written report must be filed at least seven (7) days prior to conference with the Court.  The

parties shall send courtesy copies of that report and all pleadings to the United States

Courthouse, Chambers 2210, 500 Pearl Street, New York, New York, 10007.

          If this case has been settled or otherwise terminated, counsel are not required to

appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is received by Chambers prior to the date of the conference.

All conferences with the Court are scheduled for a specific time. There is no other matter scheduled for that time, and counsel are directed to appear promptly.

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must: (a) specify the reasons for the adjournment; (b) state whether the other parties have consented; and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

All subsequent Orders of this Court shall be issued through the Southern District of New York's Electronic Case Filing ("ECF") system. The parties shall file all pleadings electronically via the ECF system, and promptly provide this Court with a complete courtesy copy of the filed papers. All counsel shall register as filing users in accordance with the Southern District's Procedures for Electronic Case Filing at least seven (7) days prior to the initial pretrial conference with the Court.

You are directed to: (a) serve copies of this Order upon all attorneys in this action and any parties who have not appeared through counsel; and (b) retain proof of such service. If you are unaware of the identity of counsel for any of the parties, then send a copy of the notice to that party personally.

Dated: September 11, 2007
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Jonathan Lovett, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road
Suite 305
White Plains, NY 10605
*Counsel for Plaintiff*

Peter Andrew Sistrom, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*

-3-