```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
VEANKA MCKENZIE,                            :

                Plaintiff,              :

      -against-                                :

KUMIKI GIBSON, et al.,                      :

                                  :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 6714 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        The Defendants' request for a pre-motion conference will be addressed at the pre-trial conference on October 12, 2007 at 12:30 p.m. The Parties shall still submit a 26(f) report in accord with the Court's Rules of Individual Practices by October 5, 2007.

Dated: October 1, 2007
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of record:*

Jonathan Lovett, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road
Suite 305
White Plains, NY 10605
*Counsel for Plaintiff*

Peter Andrew Sistrom, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*