UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
VEANKA MCKENZIE,                                :

                Plaintiff,        :

    -against-                                   :

KUMIKI GIBSON,                                   :

                                     :

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 6714 (WHP)

<u>SCHEDULING ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

WILLIAM H. PAULEY III, District Judge:

        Counsel having appeared before the Court for an initial pre-trial conference on September 28, 2007, the following schedule is established on consent of the parties:

1. Defendant shall serve and file motion to dismiss by November 26, 2007;

2. Plaintiff shall serve and file opposition by January 4, 2008;

3. Defendant shall file any reply by January 15, 2008

4. Oral Argument concerning the motion shall take place January 25, 2008 at 10:30 a.m.

5. The deposition of Defendant is stayed until Oral Argument, and shall take place after resolution of the motion to dismiss; and

6. All discovery shall conclude by February 29, 2008;

Dated: October 12, 2007
       New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                                  U.S.D.J.

*Counsel of record:*

Drita Nicaj, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road
Suite 305
White Plains, NY 10605
*Counsel for Plaintiff*

Peter Andrew Sistrom, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*