## LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

KIM PATRICIA BERG
DRITA NICAJ+

+also admitted in New Jersey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/07

November 20, 2007

**VIA FACSIMILE**

Honorable William H. Pauley, III
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    McKenzie v. Gibson
           07 Civ. 6714 (WHP)

Dear Judge Pauley:

    We currently represent Veanka McKenzie in the above-entitled matter. On consent of Defendants' counsel, Assistant Attorney General Peter Sistrom, we respectfully request that this Court stay all matters, including discovery and Defendants' 12(b)(6) motion due on November 26, 2007[1] until January 7, 2008 in order to provide Plaintiff an opportunity to seek new counsel to replace our office in this case.

Respectfully submitted,

Drita Nicaj

DN/nb

cc:    Peter Sistrom, Esq. (via facsimile & first class mail)
       Veanka McKenzie (via facsimile & first class mail)

*Application denied.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

*Counsel for both parties shall appear for a status conference on November 30, 2007 at 10:30 a.m. Plaintiff is directed to appear in person.*

---

[1] With Plaintiff's consent, Mr. Sistrom indicated last week that he was going to seek an extension from this Court to file the motion by December 7, 2007.