```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
VEANKA MCKENZIE,                     :
                                        07 Civ. 6714 (WHP)
               Plaintiff,            :
                                        ORDER
       -against-                     :

KUMIKI GIBSON,                       :

               Defendant.            :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

WILLIAM H. PAULEY III, District Judge:

      Counsel for both parties shall appear for a conference on January 11, 2008 at 10:00 a.m. to set a new schedule for discovery and for Defendant's motion to dismiss the claims. Discovery is stayed until the conference.

Dated: November 30, 2007
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Drita Nicaj, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road, Suite 305
White Plains, NY 10605
*Counsel for Plaintiff*

Peter Andrew Sistrom, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*