UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEANKA MCKENZIE,<br><br>            Plaintiff,<br><br>   - against -<br><br>KUMIKI GIBSON,<br><br>            Defendants. | 07-CV-6714 (WHP)<br><br>**NOTICE OF APPEARANCE**<br><br>Electronically Filed |

   PLEASE TAKE NOTICE that Andrew M. Cuomo, Attorney General of the State of New York, by Barbara K. Hathaway, Assistant Attorney General, shall appear as counsel of record for defendant Kumiki Gibson in the above referenced action.

Dated:   New York, New York
         January 10, 2008

                              ANDREW M. CUOMO
                              Attorney General of the
                                State of New York
                              Attorney for Defendant


                              By: S/_____
                              Barbara K. Hathaway
                              Assistant Attorney General
                              120 Broadway – 24th Floor
                              New York, New York 10271
                              (212) 416-8560