UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VEANKA MCKENZIE,                    :

                 Plaintiff,       :       07 Civ. 6714 (WHP)

    -against-                                     :       <u>ORDER</u>

KUMIKI GIBSON,                      :

                 Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       The application from Lovett & Gould LLP, Counsel for Plaintiff, to withdraw representation is granted. Counsel for both parties shall appear for a conference on February 1, 2008 at 10:30 a.m. to set a new schedule for discovery and for Defendant's motion to dismiss the claims.

       If Plaintiff does not retain counsel, she must personally appear at the conference, or the Court will dismiss the action for failure to prosecute and for failure to comply with Court orders.

Dated: January 11, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Drita Nicaj, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road, Suite 305
White Plains, NY 10605
*Counsel for Plaintiff*

Peter Andrew Sistrom, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*

John Ray, Esq.
John Ray & Associates
122 North Country Road
Miller Place, NY 11764-1430