USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
VEANKA MCKENZIE,                              :

                        Plaintiff,     :

       -against-                             :

KUMIKI GIBSON et al.,                         :

                      Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 6714 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff shall serve and file a Second Amended Complaint by February 5, 2008.

Dated: February 4, 2008
       New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                        U.S.D.J.

*Counsel of record:*

John Ray, Esq.
John Ray & Associates
122 North Country Road
Miller Place, NY 11764-1430
*Counsel for Plaintiff*

Peter Andrew Sistrom, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*