USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

VEANKA MCKENZIE,                                :

                            Plaintiff,          :        07 Civ. 6714 (WHP)

            -against-                           :        SCHEDULING ORDER

KUMIKI GIBSON,                                  :

                            Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

            Counsel having appeared before the Court for a conference on February 1, 2008,

the following schedule is established on consent of the parties:

    1.    Defendants shall serve and file their motion to dismiss by February 29,
          2008;

    2.    Plaintiff shall serve and file its opposition by March 28, 2008;

    3.    Defendants shall serve and file any reply by April 7, 2008

    4.    Oral Argument concerning the motion shall take place April 18, 2008 at
          10:30 a.m.


Dated: February 1, 2008
       New York, New York

                                        SO ORDERED:


                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

-1-

*Counsel of record:*

John Ray, Esq.
John Ray & Associates
122 North Country Road
Miller Place, NY 11764-1430
*Counsel for Plaintiff*

Peter Andrew Sistrom, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*