UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VEANKA McKENZIE,                                  :     **Electronically Filed**

                Plaintiffs,               :     07 Civ. 6714 (WHP)

   -against-                                              :     **NOTICE OF MOTION TO DISMISS**

KUMIKI GIBSON, individually, the          :
STATE OF NEW YORK, and the
NEW YORK STATE DIVISION OF          :
HUMAN RIGHTS,
                                    :
                Defendants.
------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the affidavit of Barbara K. Hathaway, sworn to February 29, 2008, the exhibits annexed thereto, the accompanying memorandum of law, and upon all prior proceedings, the defendants, by their attorney, Andrew M. Cuomo, Attorney General of the State of New York, will move this court before the Honorable William H. Pauley, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on the 18th of April 2008, at 10:30 a.m., or as soon thereafter as counsel can be heard, for an order pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint on the grounds that the court lacks jurisdiction and the complaint fails to state a claim upon which relief

can be granted, and granting such other and further relief as to the Court may seem just and proper.

Dated: New York, New York
       February 29, 2008

                                 Respectfully submitted,

                                 ANDREW M. CUOMO
                                 Attorney General of the
                                   State of New York
                                 <u>Attorney for Defendants</u>
                                 By:

                                 */s/ Barbara K. Hathaway*
                                 BARBARA K. HATHAWAY
                                 Assistant Attorney General
                                 120 Broadway
                                 New York, New York 10271
                                 (212) 416-8560

TO:    John Ray, Esq.
         John Ray & Associates
         Attorneys for Plaintiff
         122 North Country Road
         P.O. Box 5440
         Miller Place, NY 11764