# JOHN RAY AND ASSOCIATES
## NEW YORK ATTORNEYS

MANHATTAN:
5 E. 22ND STREET, 17TH FLOOR
AT BROADWAY
NEW YORK, NEW YORK 10010
1-866-88NYLAW

SEND ALL MAIL TO:
P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

LONG ISLAND:
122 NORTH COUNTRY ROAD
MILLER PLACE, NEW YORK 11764-1430
631-473-1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

March 26, 2008

**MEMO ENDORSED**

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Attn: Judge William H. Pauley, III

Re: McKenzie v. Gibson, et al.
    Judge William H. Pauley, III
    Case No.: 07 CV 6714
    Our File No.: 082201N708

Dear Judge Pauley:

This is to request an enlargement of time to respond to the State's motion to dismiss on the above matter from March 28, 2008 to April 28, 2008. The parties have agreed to also enlarge the State's time to reply to Plaintiff's reply papers from April 28, 2008 to May 28, 2008 on consent of all parties. We will also need to adjourn the date for oral argument of same from April 18, 2008 to a date convenient to the Court.

Very truly yours,

John Ray

JR.ew
cc: Veanka McKenzie
    Barbara Hathaway

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/1/08

Oral argument is adjourned to June 13, 2008 at 12:15 p.m.