RECEIVED
APR 25 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

# JOHN RAY AND ASSOCIATES
## NEW YORK ATTORNEYS

MANHATTAN
5 E. 22ND Street, 17TH Floor
At Broadway
New York, New York 10010
1-866-88NYLAW

LONG ISLAND
122 North Country Road
Miller Place, New York 11764-1430
631-473-1000

SEND ALL MAIL TO:

P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

**MEMO ENDORSED**

April 25, 2008

VIA FACSIMILE (212) 805-6390

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Attn: Justin

Re: McKenzie v. Gibson, et al.
Judge William H. Pauley, III
Case No.: 07 CV 6714

Dear Judge Pauley:

Our office represents the Plaintiff the above entitled matter pending before the court.

Counsel for the Defendants has filed a motion to dismiss the Second Amended Complaint pursuant to Rule §12(b)(1) and 12(b)(6).

Counsel previously consented to a thirty day extension from March 28, 2008 to April 28, 2008 to permit Plaintiff to submit opposition to the dismissal motion.

I have asked defense counsel for an additional extension of two weeks or until May 12, 2008.

Counsel advises that she takes no position with respect to the extension of time request. However, if the court shall grant the extension, Defendant shall have a like time extension to submit a reply.

Accordingly, I am requesting an additional two week extension of time to submit Plaintiff's opposition to the motion. Our firm now consists of two lawyers including myself.

Due to the daily requirements of court appearances and the completion of may other pressing matters including a four day matrimonial case in Suffolk Supreme Court and a potential matrimonial case scheduled to begin April 28, 2008, I and my associate have simply been unable to finalize Plaintiff's opposition to the motion. Defendant has submitted a large number of legal points and cases. We simply need more time to do our work.

A two week extension is requested since I am scheduled to commence a trial before Justice John Bivona in Suffolk County Supreme Court on Monday, April 28, 2008.

I have delegated my associate to complete the opposition papers forthwith.

Respectfully,

John Ray

JR:mac
cc: Veanka McKenzie
    Barbara Hathaway, Esq. (Via Fax)

---

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

4/28/08

Plaintiff shall serve and file her opposition by May 12, 2008. Defendants shall serve and file their reply by June 16, 2008. Oral argument shall take place June 27, 2008 at 11:30 a.m.