FROM:

RECEIVED
MAY 12 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

# JOHN RAY AND ASSOCIATES
## NEW YORK ATTORNEYS

MANHATTAN
5 E. 22ND Street, 17TH Floor
At Broadway
New York, New York 10010
1-866-88NYLAW

LONG ISLAND
122 North Country Road
Miller Place, New York 11764-1430
631-473-1000

SEND ALL MAIL TO:

P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

May 12, 2008

**MEMO ENDORSED**

VIA FACSIMILE (212) 805-6390

United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Attn: Justin

Re:  McKenzie v. Gibson, et al.
     Judge William H. Pauley, III
     Case No.: 07 CV 6714

Dear Judge Pauley:

*Application granted.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/12/08

*Plaintiff shall not receive any further extensions*

Our office represents the Plaintiff in the above entitled matter pending before the court.

Counsel for the Defendants has filed a motion to dismiss the Second Amended Complaint pursuant to Rule §12(b)(1) and 12(b)(6).

Counsel previously consented to a thirty day extension from March 28, 2008 to April 28, 2008 to permit Plaintiff to submit opposition to the dismissal motion. The court granted Plaintiff an additional extension to May 12, 2008. <u>I am in need of an additional five days extension until May 16, 2008.</u> Counsel for the Defendants opposes any request for additional time.

My associate has drafted an opposing response which I must edit and revise since it concedes several points raised by defense counsel.

He and I have been unable to meet to finalize Plaintiff's opposition to the motion because of court appearances. We simply need additional time to review and complete our work product.

This shall be the Plaintiff's last request for any additional time.

Respectfully,

John Ray

JR:lb
cc: Veanka McKenzie
    Barbara Hathaway, Esq. (Via Fax)