

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

May 21, 2008
(212) 416-8560

**ANDREW M. CUOMO**
Attorney General

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**MEMO ENDORSED**

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

Hon. William H. Pauley III
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>McKenzie v. Gibson</u>, 07 Civ. 6714 (WHP)

Dear Judge Pauley:

This office represents the defendants in the above matter. <u>I write to request an extension of time until June 20, 2008, to submit defendants' reply papers in support of their motion to dismiss.</u> After several extensions of time requested by plaintiff, plaintiff served her opposition papers on May 16, five days beyond the previously established schedule, which called for opposition papers on May 12 and reply papers on June 16. Defendants respectfully request an additional five days, until June 20, 2008, to correspond to the recent extension granted to plaintiff. Plaintiff's counsel's associate, Mr. McQuinn, consents to this request. Thank you for your consideration of this matter.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

5/23/08

Respectfully submitted,

*Barbara K. Hathaway*

Barbara K. Hathaway
Assistant Attorney General

cc: John Ray, Esq.