UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VEANKA MCKENZIE,                                :    07-CV-6714 (WHP)

               Plaintiff,                :    Electronically Filed

    - against -                                     :    **DEFENDANTS' NOTICE OF MOTION TO STRIKE**

KUMIKI GIBSON, individually, the            :
STATE OF NEW YORK, and the NEW YORK
STATE DIVISION OF HUMAN RIGHTS,     :

              Defendants.               :
------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and upon all prior proceedings, the defendants, by their attorney, Andrew M. Cuomo, Attorney General of the State of New York, will move this court before the Honorable William H. Pauley III, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Rule 56(e) of the Federal Rules of Civil Procedure striking the affirmations of Arlyne Zwyer, Anton Antomattei and Christopher Knauth and the affidavits of Denise Ellison and Wyletta Barbee, and granting such other and further relief as to the Court may seem just and proper.

Dated: New York, New York
       June 20, 2008

Yours, etc.,

ANDREW M. CUOMO
Attorney General of the
State of New York
<u>Attorney for Defendants</u>
By: *[signature]*
BARBARA K. HATHAWAY
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8560

To: JOHN RAY, ESQ.
    <u>Attorney for Plaintiff</u>
    122 North Country Rd.
    Miller Place, New York 11764