UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VEANKA MCKENZIE,                                   :
                                                   :        07-CV-6714 (WHP)
                        Plaintiff,                 :
                                                   :        Electronically Filed
        - against -                                :
                                                   :
KUMIKI GIBSON, individually, the                   :
STATE OF NEW YORK, and the NEW                     
YORK STATE DIVISION OF HUMAN                       :
RIGHTS,
                                                   :
                        Defendants.
-----------------------------------------------------------X


# DEFENDANTS' MEMORANDUM OF LAW
# IN SUPPORT OF THEIR MOTION TO STRIKE


                                ANDREW M. CUOMO
                                Attorney General of the
                                  State of New York
                                Attorney for Defendants
                                120 Broadway
                                New York, New York 10271
                                (212) 416-8560


BARBARA K. HATHAWAY
Assistant Attorney General
    of Counsel

## TABLE OF CONTENTS

Page

Preliminary Statement .................................................. 1

ARGUMENT ........................................................... 1

      THE AFFIDAVITS IMPROPERLY SUBMITTED ON THIS
      MOTION TO DISMISS SHOULD BE STRUCK ........................ 1

CONCLUSION ......................................................... 2

## DEFENDANTS' MEMORANDUM OF LAW
## IN SUPPORT OF THEIR MOTION TO STRIKE

### Preliminary Statement

Defendants the State of New York, the New York State Division of Human Rights ("Division"), and Kumiki Gibson, the former Commissioner of the Division, respectfully submit this memorandum of law in support of their motion to strike five affidavits or affirmations improperly submitted by plaintiff in opposition to defendants' motion to dismiss.

### ARGUMENT

### THE AFFIDAVITS IMPROPERLY SUBMITTED ON THIS
### MOTION TO DISMISS SHOULD BE STRUCK

Plaintiff improperly submitted five affidavits or affirmations in opposition to this motion, which do nothing but attempt to provide evidence in support of the allegations of the Second Amended Complaint. On a motion to dismiss, the court may not rely on matters outside the pleadings. Accordingly, the court must exclude these materials. The only exception is where the court converts the motion to one for summary judgment, on notice to the parties. Friedl v. City of New York, 210 F.3d 79, 83-84 (2d Cir. 2000). While defendants submitted documents that were referenced in the complaint, properly considered on a motion to dismiss, plaintiff's affidavits plainly go beyond the complaint. The affidavits or affirmations of Arlyne Zwyer, Anton Antomattei, Christopher Knauth, Denise Ellison and Wyletta Barbee should therefore be struck.

## CONCLUSION

FOR THE FOREGOING REASONS, THE AFFIDAVITS SUBMITTED BY PLAINTIFF SHOULD BE STRUCK.

Dated: New York, New York
June 20, 2008

        Respectfully submitted,

        ANDREW M. CUOMO
        Attorney General of the
         State of New York
        <u>Attorney for Defendants</u>
        By:

        *Barbara K. Hathaway*
        BARBARA K. HATHAWAY
        Assistant Attorney General
        120 Broadway
        New York, New York 10271
        (212) 416-8560

BARBARA K. HATHAWAY
Assistant Attorney General
  <u>of Counsel</u>

2