USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

June 6, 2008
(212) 416-8560

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

BY MAIL
Hon. William H. Pauley III
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

Re: <u>McKenzie v. Gibson</u>, 07 Civ. 6714 (WHP)

Dear Judge Pauley:

  This office represents the defendants in the above matter. Defendants' motion to dismiss has been served and filed, and defendants' reply papers are currently due on June 20, 2008. Oral argument is scheduled for June 27. <u>I write to request an extension of the page limit for defendants' reply memoranda of law, to 15 pages.</u> Plaintiff raises a number of claims in this case under a number of different statutes, including age, sex, and sexual orientation discrimination and retaliation under Title VII, the ADEA, and the First Amendment. An extension of the page limit would benefit the Court and the parties by allowing defendants to fully set forth their position. Plaintiff's counsel, Mr. John Ray, has declined to consent to this request, citing defendants' failure to take a position on Mr. Ray's last two requests for two week and five day extensions of time to file his opposition papers (although defendants consented to his initial 30 day extension).

  Thank you for your attention to this request.

*Application granted.*

SO ORDERED:

_____
PAULEY III U.S.D.J.
6/13/08

Respectfully submitted,

Barbara K. Hathaway
Assistant Attorney General

cc: John Ray, Esq. (By mail)