USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VEANKA MCKENZIE,                              :

                Plaintiff,           :

    -against-                                        :

KUMIKI GIBSON,                                :

                Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 6714 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       A status conference shall take place September 19, 2008 at 9:45 a.m.

Dated: August 28, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

John Ray, Esq.
John Ray & Associates
122 North Country Road
Miller Place, NY 11764-1430
*Counsel for Plaintiff*

Barbara Hathaway, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*

-1-